IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

H. AUSTIN LANDERS, ET AL.,

Plaintiffs,

VS. NO. 08-2260-MaP

MORGAN ASSET MANAGEMENT, INC., ET AL.,

Defendants.

---

ORDER GRANTING MOTION FOR ADDITIONAL TIME

---

Before the court is the June 6, 2008, unopposed motion of defendants requesting an extension of time as to certain deadlines in this matter. For good cause shown, the motion is granted.

1. All defendants shall have until June 30, 2008, within which to file responses to plaintiffs' motion to remand.

2. Plaintiffs shall have until July 21, 2008, within which to file replies in support of their motion to remand.

3. All defendants shall have sixty (60) days from the date of entry of a decision on plaintiff's motion to remand within which to answer or otherwise respond to plaintiffs' complaint.

It is so ORDERED this 10th day of June, 2008.

s/ Samuel H. Mays, Jr.
UNITED STATES DISTRICT JUDGE

08-2260.Ext.wpd