**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **H. AUSTIN LANDERS, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **Civil No. 08-2260-Ma/P** |
| **MORGAN ASSET MANAGEMENT, INC., et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER OF TRANSFER**

By reason of the transfer of case No. 08-2019-A Aldridge, et al. v. City of Memphis, from Magistrate Judge Diane K. Vescovo to the undersigned and in order to maintain a balanced number of references handled by the magistrate judges, this case is hereby transferred to Magistrate Diane K. Vescovo for all references and assignments.

IT IS SO ORDERED.

s/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge

July 2, 2008
Date