**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*Landers* v. *Morgan Asset Management, Inc.*, No. 2:08-cv-02260-SMH-dvk | MDL Docket No. 2009 |

# MOTION TO DISMISS OF REGIONS FINANCIAL CORPORATION

Regions Financial Corporation ("Regions") respectfully submits this motion to dismiss this purported derivative action. Dismissal of this action is proper as Plaintiffs have failed to make demand on the corporation at issue prior to filing suit and have failed to allege any facts that would show that demand on the corporation at the time Plaintiffs commenced this action would have been futile.

Regions respectfully requests that this action be dismissed. A memorandum of law is submitted in support of this motion.

Dated: June 1, 2009

Respectfully Submitted,

/s/ Peter S. Fruin

Peter S. Fruin
**MAYNARD, COOPER AND GALE, P.C.**
1901 6th Avenue North, Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1068
Facsimile: (205) 254-1999
Email: pfruin@maynardcooper.com

David B. Tulchin
David E. Swarts
Margaret E. Bartlett
**SULLIVAN & CROMWELL, LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: tulchind@sullcrom.com

*Attorneys for Regions Financial Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009, I filed the foregoing Motion to Dismiss by using the CM/ECF system, which will automatically serve a copy upon all counsel of record as follows:

**Carolyn Glass Anderson**
**Kirsten D. Hedberg**
**Timothy J. Becker**
ZIMMERMAN REED, PLLP
651 Nicolett Mall; Suite 501
Minneapolis, MN 55402
Email: cga@zimmreed.com

**Charles Durham Reaves**
6000 Poplar Avenue, Suite 400
Memphis, TN 38119-3972
Email: creaves44@comcast.net

**Gregg M. Fishbein**
**Richard A. Lockridge**
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Email: gmfishbein@locklaw.com

**Jerome A. Broadhurst**
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave. Ste. 400
Memphis, TN 38119-3972
Email: jbroadhurst@appersoncrump.com

**Thomas V. Seifert**
**Vernon J. Vander Weide**
HEAD SEIFERT & VANDER WEIDE, P.C.
333 South Seventh Street, Suite 1400
Minneapolis, MN 55402-2422
Email: tseifert@hsvwlaw.com

**Michael A. Brady**
**Shepherd D. Tate**
BASS, BERRY & SIMS, PLC
100 Peabody Place, Suite 900
Memphis, TN 38103
Email: mbrady@bassberry.com

**Matthew M. Curley**
**Michael L. Dagley**
**W. Brantley Phillips**
BASS, BERRY & SIMS, PLC
315 Deaderick Street, Suite 2700
Nashville, TN 37238
mcurley@bassberry.com

**Jeffrey B. Maletta**
**Nicole A. Baker**
K&L Gates LLP
1601 K. Street, N.W.
Washington, DC 20006-1600
Email: jeffrey.maletta@klgates.com

**Steven Lawrence Polk**
SUTHERLAND ASBILL & BRENNAN
999 Peachtree Street NE.
Atlanta, GA 30309-3996
Email: larry.polk@sablaw.com

**Emily Nicklin**
**Timothy A. Duffy**
KIRKLAND & ELLIS LLP
200 East Randolph Drive Ste. 5400
Chicago, IL 60601
Email: enicklin@kirkland.com

**Eugene J. Podesta, Jr.**
**Leo Maurice Bearman, Jr**
BAKER DONELSON
165 Madison Ave., Ste. 2000
Memphis, TN 38103
901-526-2000
Fax: 901-577-2303
Email: gpodesta@bakerdonelson.com

/s/ Peter S. Fruin
OF COUNSEL