IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | ) | MDL Docket No. 2009 |
| This Document Relates to: | ) | |
| *Landers v. Morgan Asset Management, Inc.*, No. 2:08-cv-02260-SMH-dvk | ) | |

**MOTION TO DISMISS OF ALLEN B. MORGAN, JR., J. KENNETH ALDERMAN, JOSEPH C. WELLER, J. THOMPSON WELLER, CHARLES D. MAXWELL, JAMES C. KELSOE, JR., DAVID H. TANNEHILL, DAVID M. GEORGE, MICHELE F. WOOD AND BRIAN SULLIVAN**

Defendants Allen B. Morgan, Jr., J. Kenneth Alderman, Joseph C. Weller, J. Thompson Weller, Charles D. Maxwell, James C. Kelsoe, Jr., David H. Tannehill, David M. George, Michelle F. Wood and Brian Sullivan (collectively, the "Individual Defendants") respectfully submit this motion to dismiss this derivative action. Dismissal of this action is proper as Plaintiffs have failed to make demand on the corporation at issue prior to filing suit and have failed to allege any facts that would show that demand on the corporation at the time Plaintiffs commenced this action would have been futile. Furthermore, Plaintiffs' claims against the Individual Defendants fail as a matter of law.

The Individual Defendants respectfully request that this action be dismissed. A memorandum of law is submitted in support of this motion.

Respectfully submitted,

/s/ S. Lawrence Polk

S. Lawrence Polk
SUTHERLAND ASBILL & BRENNAN, LLP
999 Peachtree Street NE
Atlanta, GA 30309
(404)853-8225
larry.polk@sutherland.com

*Attorney for the Individual Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

**APPERSON, CRUMP & MAXWELL, PLC**
CHARLES D. REAVES
JEROME A. BROADHURST
600 Poplar Avenue, Suite 400
Memphis, TN 38119-3972

**KIRKLAND & ELLIS, LLP**
TIMOTHY DUFFY, ESQ.
EMILY NICKLIN, ESQ.
KRISTOPHER RITTER, ESQ.
300 North LaSalle
Chicago, IL 60654

**HEAD, SEIFERT & VANDER WEIDE, P.A.**
VERNON J. VANDER WEIDE
THOMAS V. SEIFERT
333 South Seventh St., Suite 1140
Minneapolis, MN 55402-2422

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
LEO BEARMAN, ESQ.
EUGENE PODESTA, ESQ.
165 Madison Avenue
First Tennessee Building
Memphis, TN 38103

**LOCKRIDGE GRINDAL NAUEN PLLP**
RICHARD A. LOCKRIDGE
GREGG M. FISHBEIN
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

**K&L GATES LLP**
JEFFREY B. MALETTA, ESQ.
NICOLE A. BAKER, ESQ.
1601 K Street, NW
Washington, D.C. 20006-1600

**ZIMMERMAN REED, P.L.L.P.**
CAROLYN G. ANDERSON
TIMOTHY J. BECKER
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

**SULLIVAN & CROMWELL LLP**
DAVID B. TULCHIN
DAVID E. SWARTS
125 Broad Street
New York, New York 1004

**BASS BERRY & SIMS PLC**
MICHAEL L. DAGLEY
MATTHEW M. CURLEY
W. BRANTLEY PHILLIPS, JR.
315 Deaderick Street
Nashville, TN 37238

**BASS BERRY & SIMS PLC**
SHEPHERD D. TATE
MICHAEL A. BRADY
100 Peabody Place, Suite 900
Memphis, TN 38103

**MAYNARD COOPER & GALE PC**
PETER S. FRUIN
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

/s/ S. Lawrence Polk_____________