**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | MDL Docket No. 2009 |
| | Judge Samuel H. Mays, Jr.<br>Magistrate Judge Diane K. Vescovo |
| This Document Relates to: | |
| *Landers v. Morgan Asset Management, Inc.*, No. 2:08-cv-02260-SMH-dvk | |

**PRICEWATERHOUSECOOPERS LLP'S**
**MOTION TO DISMISS COUNTS VI, IX, AND X OF PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant PricewaterhouseCoopers LLP ("PwC") hereby moves to dismiss plaintiffs' complaint for failure to state a claim upon which relief can be granted. The grounds for PwC's motion are set forth in the Memorandum in Support of PricewaterhouseCoopers LLP's Motion to Dismiss Counts VI, IX, and X of Plaintiffs' Derivative Complaint, filed contemporaneously herewith.

June 1, 2009

Respectfully submitted,

s/ Timothy A. Duffy, P.C.
Emily Nicklin, P.C.
Timothy A. Duffy, P.C.
Kristopher Ritter
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Leo M. Bearman, Jr. (#8363)
Eugene J. Podesta, Jr. (#9831)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
165 Madison Avenue, 19th Floor
Memphis, Tennessee 38103
(901) 526-2000 (ph)
(901) 577-2303 (fx)
lbearman@bakerdonelson.com
gpodesta@bakerdonelson.com

*Counsel for Defendant*
*PricewaterhouseCoopers LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- **Carolyn Glass Anderson**
  cga@zimmreed.com,mbk@zimmreed.com,kmc@zimmreed.com
- **Nicole A. Baker**
  nicole.baker@klgates.com,klgateseservice@klgates.com
- **Timothy J. Becker**
  tjb@zimmreed.com
- **Michael A. Brady**
  mbrady@bassberry.com
- **Jerome A. Broadhurst**
  jbroadhurst@appersoncrump.com,ptrantina@appersoncrump.com,jabcounsel@aol.com
- **Matthew M. Curley**
  mcurley@bassberry.com,cwoosley@bassberry.com
- **Michael L. Dagley**
  mdagley@bassberry.com
- **Gregg M. Fishbein**
  gmfishbein@locklaw.com
- **Peter S. Fruin**
  pfruin@maynardcooper.com,wwahlheim@maynardcooper.com,tmauterer@maynardcoo per.com,jlee@maynardcooper.com
- **Jeffrey B. Maletta**
  jeffrey.maletta@klgates.com
- **W. Brantley Phillips**
  bphillips@bassberry.com
- **Steven Lawrence Polk**
  larry.polk@sablaw.com
- **Charles D. Reaves**
  creaves44@comcast.net
- **Thomas V. Seifert**
  tseifert@hsvwlaw.com

- **David E. Swarts**
  swartsd@sullcrom.com

- **Shepherd D. Tate**
  state@bassberry.com

- **David B. Tulchin**
  tulchind@sullcrom.com

- **Vernon J. Vander Weide**
  vvanderweide@hsvwlaw.com,cwebb@hsvwlaw.com

and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

**Richard A. Lockridge**
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave., South
Ste. 2200
Minneapolis, MN 55401

**Dewun R. Settle**
CHANCERY COURT CLERK AND MASTER
140 Adams Avenue
Ste. 308
Memphis, TN 38103

s/ Timothy A. Duffy, P.C.
Timothy A. Duffy, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000 (ph)
(312) 862-2200 (fx)
tim.duffy@kirkland.com