IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*Landers v. Morgan Asset Management, Inc.*, No. 2:08-cv-02260-SMH-dvk | MDL Docket No. 2009 |

**MOTION OF NOMINAL DEFENDANTS TO DISMISS**

Nominal Defendants, Helios Select Short Term Bond Fund (formerly known as the Regions Morgan Keegan Select Short Term Bond Fund), Helios Select Intermediate Bond Fund (formerly known as the Regions Morgan Keegan Select Intermediate Bond Fund), Helios Select High Income Fund (formerly known as the Regions Morgan Keegan Select High Income Fund) and the Helios Select Fund, Inc. (formerly known as the Morgan Keegan Select Fund, Inc.), by their undersigned counsel, respectfully move the Court for an Order dismissing this action. Dismissal of this action is proper as Plaintiffs have failed to make demand on the corporation at issue prior to filing suit, and have failed to allege any facts that would show that demand on the corporation at the time Plaintiffs commenced this action would have been futile.

Defendants respectfully request that this action be dismissed. Defendants submit herewith a Memorandum of Law in support of this motion.

DATED this 1st day of June 2009.

Respectfully submitted,

/s/ Jeffrey B. Maletta
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006
Tel: 202-778-9062
Fax: 202-778-9100
jeffrey.maletta@klgates.com

*Attorney for Nominal Defendants Helios Select Fund, Inc., Helios Select Short Term Bond Fund, Helios Select Intermediate Bond Fund, and Helios Select High Income Fund*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or serve the following via U.S. Mail:

**APPERSON, CRUMP & MAXWELL, PLC**
CHARLES D. REAVES
JEROME A. BROADHURST
600 Poplar Avenue, Suite 400
Memphis, TN 38119-3972

**KIRKLAND & ELLIS, LLP**
TIMOTHY DUFFY, ESQ.
EMILY NICKLIN, ESQ.
KRISTOPHER RITTER, ESQ.
200 East Randolph Drive
Chicago, IL 60601

**HEAD, SEIFERT & VANDER WEIDE, P.A.**
VERNON J. VANDER WEIDE
THOMAS V. SEIFERT
333 South Seventh St., Suite 1140
Minneapolis, MN 55402-2422

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
LEO BEARMAN, ESQ.
EUGENE PODESTA, ESQ.
165 Madison Avenue
First Tennessee Building
Memphis, TN 38103

**LOCKRIDGE GRINDAL NAUEN PLLP**
RICHARD A. LOCKRIDGE
GREGG M. FISHBEIN
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

**ZIMMERMAN REED, P.L.L.P.**
CAROLYN G. ANDERSON
TIMOTHY J. BECKER
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

**BASS BERRY & SIMS PLC**
MICHAEL L. DAGLEY
MATTHEW M. CURLEY
325 Deaderick Street, Suite 2700
Nashville, TN 37238

**SUTHERLAND ASBILL & BRENNAN, LLP**
S. LAWRENCE POLK
99 Peachtree Street, NE
Atlanta, GA 30309

**MAYNARD COOPER & GALE PC**
PETER S. FRUIN
24 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

**SULLIVAN & CROMWELL LLP**
DAVID B. TULCHIN
DAVID E. SWARTS
125 Broad Street
New York, NY 10004

/s/ Jeffrey B. Maletta