IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*Landers v. Morgan Asset Management, Inc.*, No. 2:08-cv-02260-SMH-dvk | MDL Docket No. 2009 |

**MOTION OF DEFENDANTS JACK R. BLAIR, JAMES STILLMAN R. MCFADDEN, W. RANDALL PITTMAN, MARY S. STONE, ARCHIE W. WILLIS, III, AND ALBERT C. JOHNSON TO DISMISS**

Defendants Jack R. Blair, James Stillman R. McFadden, W. Randall Pittman, Mary S. Stone, Archie W. Willis, III, and Albert C. Johnson by their undersigned counsel, respectfully move the Court for an Order dismissing this action. Dismissal of this action is proper as Plaintiffs have failed to make demand on the corporation at issue prior to filing suit, and have failed to allege any facts that would show that demand on the corporation at the time Plaintiffs commenced this action would have been futile. In addition, dismissal of this action as against these defendants is proper, as the complaint fails to state a claim against these defendants upon which relief may be granted.

Defendants respectfully request that this action be dismissed. Defendants submit herewith a Memorandum of Law and the Declaration of Jeffrey B. Maletta in support of this motion.

DATED this 1st day of June 2009.

Respectfully submitted,

/s/ Jeffrey B. Maletta
Jeffrey B. Maletta
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006
Tel: 202-778-9062
Fax: 202-778-9100
jeffrey.maletta@klgates.com

*Attorney for Jack R. Blair, James Stillman R. McFadden, W. Randall Pittman, Mary S. Stone, Archie W. Willis, III, and Albert C. Johnson*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2009, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or serve the following via U.S. Mail:

**APPERSON, CRUMP & MAXWELL, PLC**
CHARLES D. REAVES
JEROME A. BROADHURST
600 Poplar Avenue, Suite 400
Memphis, TN 38119-3972

**KIRKLAND & ELLIS, LLP**
TIMOTHY DUFFY, ESQ.
EMILY NICKLIN, ESQ.
KRISTOPHER RITTER, ESQ.
200 East Randolph Drive
Chicago, IL 60601

**HEAD, SEIFERT & VANDER WEIDE, P.A.**
VERNON J. VANDER WEIDE
THOMAS V. SEIFERT
333 South Seventh St., Suite 1140
Minneapolis, MN 55402-2422

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
LEO BEARMAN, ESQ.
EUGENE PODESTA, ESQ.
165 Madison Avenue
First Tennessee Building
Memphis, TN 38103

**LOCKRIDGE GRINDAL NAUEN PLLP**
RICHARD A. LOCKRIDGE
GREGG M. FISHBEIN
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

**ZIMMERMAN REED, P.L.L.P.**
CAROLYN G. ANDERSON
TIMOTHY J. BECKER
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

**BASS BERRY & SIMS PLC**
MICHAEL L. DAGLEY
MATTHEW M. CURLEY
325 Deaderick Street, Suite 2700
Nashville, TN 37238

**SUTHERLAND ASBILL & BRENNAN, LLP**
S. LAWRENCE POLK
99 Peachtree Street, NE
Atlanta, GA 30309

**MAYNARD COOPER & GALE PC**
PETER S. FRUIN
24 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

**SULLIVAN & CROMWELL LLP**
DAVID B. TULCHIN
DAVID E. SWARTS
125 Broad Street
New York, NY 10004

/s/ Jeffrey B. Maletta