**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **H. AUSTIN LANDERS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 08-2260** |
| | ) | |
| **MORGAN ASSET MANAGEMENT, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR AN ORDER ESTABLISHING A BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS**

Before the Court is Plaintiffs' unopposed motion for a briefing schedule on Defendants' motions to dismiss filed on June 9, 2009. Having considered Plaintiffs' motion and the Memorandum of Law in support thereof, the Court finds good cause to grant Plaintiffs' motion. Plaintiffs' motion is GRANTED and it is ORDERED that:

(1) Derivative Plaintiffs may file a consolidated response (the "Consolidated Response") to the five separate motions to dismiss (the "Affiliated Defendants' Motions to Dismiss") filed in this matter by defendants Morgan Keegan, Inc., Morgan Asset Management, Inc. and MK Holding, Inc. (Docket No. 24); Regions Financial Corporation (Docket No. 25); Allen B. Morgan, Jr., J. Kenneth Alderman, Joseph C. Weller, J. Thompson

Weller, Charles D. Maxwell, James C. Kelsoe, Jr., David H. Tannehill, David M. George, Michelle F. Wood, and Brian Sullivan (Docket No. 26); “Nominal Defendants,” the Helios Select Short Term Bond Fund (formerly known as the Regions Morgan Keegan Select Short Term Bond Fund), Helios Select Intermediate Bond Fund (formerly known as the Regions Morgan Keegan Select Intermediate Bond Fund), Helios Select High Income Fund (formerly known as the Regions Morgan Keegan Select High Income Fund) and the Helios Select Fund, Inc. (formerly known as the Morgan Keegan Select Fund, Inc.) (Docket No. 28); and Jack R. Blair, James Stillman R. McFadden, W. Randall Pittman, Mary S. Stone, Archie W. Willis III, and Albert C. Johnson (Docket No. 29);

(2) Derivative Plaintiffs’ Consolidated Response to the Affiliated Defendants’ Motions to Dismiss shall be no more than sixty (60) pages in length.

(3) Derivative Plaintiffs’ Consolidated Response and Derivative Plaintiffs’ separate response to defendant PricewaterhouseCoopers LLP’s motion to dismiss (Docket No. 27, the “PwC Motion to Dismiss”) shall be filed no later than August 3, 2009.

(4) Defendants named in the Affiliated Defendants’ Motions to Dismiss are permitted to file briefs in reply to the Derivative Plaintiffs’ Consolidated Response.

(5) PricewaterhouseCoopers LLP is permitted to file a brief in reply to Derivative Plaintiffs' response to the PwC Motion to Dismiss.

(6) All defendants' shall have up to and including September 18, 2009, to file their reply briefs.

So ordered this 24th day of June, 2009.

s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE