IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*Landers v. Morgan Asset Management, Inc.*, No. 2:08-cv-02260-SMH-dvk | MDL Docket No. 2009 |

**MOTION FOR WITHDRAWAL**

Pursuant to Local Rule 83.1(h), Jeffrey B. Maletta of the law firm of K&L Gates LLP ("K&L Gates") respectfully requests the entry of an order permitting his withdrawal as counsel of record in this action for nominal defendants Morgan Keegan Select Fund, Inc., Regions Morgan Keegan Select High Income Fund, Regions Morgan Keegan Select Intermediate Bond Fund, Regions Morgan Keegan Select Short Term Bond Fund (collectively, the "Nominal Defendants"), and relieving him from all further duties and responsibilities in this action on behalf of the Nominal Defendants.

Contemporaneously with the filing of this Motion, Kevin C. Logue and Asa R. Danes of the law firm of Paul, Hastings, Janofsky & Walker LLP (collectively, "Paul Hastings") filed Notices of Appearance in this action as substitute counsel to the Nominal Defendants. Their contact information is as follows:

>  Paul, Hastings, Janofsky & Walker LLP
>  Park Avenue Tower
>  75 E. 55th Street, First Floor
>  New York, NY 10022
>  (212) 318-6000

The grounds for this Motion include:

1. The Nominal Defendants have consented to the withdrawal of Jeffrey B. Maletta as counsel and the substitution of Kevin C. Logue and Asa R. Danes of Paul Hastings as counsel. As noted in the Memorandum of Law in Support of the Motion to Dismiss, which was filed in this action by the Nominal Defendants on June 1, 2009, Paul Hastings has advised the Nominal Defendants and the new Board of Directors that took office effective July 29, 2008.

2. Granting such relief will not result in any delay in the trial of the above-captioned action, and is in the best interests of the fair administration of the litigation.

WHEREFORE Jeffrey B. Maletta respectfully requests that the Court enter an order granting him permission to withdraw as counsel for the Nominal Defendants. A Proposed Order shall be transmitted to the Court via e-mail in accordance with the requirements of L.R. 7.2(a)(1)(A).

DATED this 29th day of July 2009.

Respectfully submitted,

/s/ Jeffrey B. Maletta
Jeffrey B. Maletta
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006
(202) 778-9000
jeffrey.maletta@klgates.com

*Attorney for the Nominal Defendants.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2009, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

**APPERSON, CRUMP & MAXWELL, PLC**
CHARLES D. REAVES, ESQ.
JEROME A. BROADHURST, ESQ.
600 Poplar Avenue, Suite 400
Memphis, TN 38119-3972

**KIRKLAND & ELLIS, LLP**
TIMOTHY A. DUFFY, ESQ.
EMILY NICKLIN, ESQ.
KRISTOPHER S. RITTER, ESQ.
200 East Randolph Drive
Chicago, IL 60601

**HEAD, SEIFERT & VANDER WEIDE, P.A.**
VERNON J. VANDER WEIDE, ESQ.
THOMAS V. SEIFERT, ESQ.
333 South Seventh St., Suite 1140
Minneapolis, MN 55402-2422

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
LEO BEARMAN, ESQ.
EUGENE PODESTA, ESQ.
165 Madison Avenue
First Tennessee Building
Memphis, TN 38103

**LOCKRIDGE GRINDAL NAUEN PLLP**
RICHARD A. LOCKRIDGE, ESQ.
GREGG M. FISHBEIN, ESQ.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

**BASS BERRY & SIMS PLC**
MICHAEL L. DAGLEY, ESQ.
MATTHEW M. CURLEY, ESQ.
W. BRANTLEY PHILLIPS, JR., ESQ.
315 Deaderick Street, Suite 2700
Nashville, TN 37238

**ZIMMERMAN REED, P.L.L.P.**
CAROLYN G. ANDERSON, ESQ.
TIMOTHY J. BECKER, ESQ.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

**BASS BERRY & SIMS PLC**
SHEPHERD D. TATE, ESQ.
MICHAEL A. BRADY, ESQ.
100 Peabody Place, Suite 900
Memphis, TN 38103

**MAYNARD COOPER & GALE PC**
PETER S. FRUIN, ESQ.
24 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

**SULLIVAN & CROMWELL LLP**
DAVID B. TULCHIN, ESQ.
DAVID E. SWARTS, ESQ.
125 Broad Street
New York, NY 10004

3

| | |
|---|---|
| **SUTHERLAND ASBILL & BRENNAN LLP**<br>STEVEN LAWRENCE POLK, ESQ.<br>999 Peachtree Street N.E.<br>Atlanta, GA 30309 | **PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP**<br>KEVIN C. LOGUE, ESQ.<br>ASA R. DANES, ESQ.<br>75 E. 55th Street<br>New York, NY 10022 |

 /s/ Jeffrey B. Maletta