IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*Landers v. Morgan Asset Management, Inc.*, No. 2:08-cv-02260-SMH-dvk | MDL Docket No. 2009 |

**ORDER**

Before the court is the motion of Jeffrey B. Maletta of the law firm of K&L Gates LLP for permission to withdraw as counsel for nominal defendants Morgan Keegan Select Fund, Inc., Regions Morgan Keegan Select High Income Fund, Regions Morgan Keegan Select Intermediate Bond Fund, and Regions Morgan Keegan Select Short Term Bond Fund (collectively, the "Nominal Defendants").

For good cause shown, this motion is GRANTED, and Jeffrey B. Maletta of K&L Gates LLP is permitted to withdraw as counsel for the Nominal Defendants. Kevin C. Logue and Asa R. Danes have notices of appearance in this action and will be counsel for the Nominal Defendants.

It is so ORDERED this 30th day of July, 2009

*s/Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE