IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

_____
                                    )
IN RE REGIONS MORGAN KEEGAN         )     MDL Docket No. 2009
SECURITIES, DERIVATIVE and ERISA    )
LITIGATION                          )
                                    )
This Document Relates to:           )
                                    )
*Landers* v. *Morgan Asset Management,*  )
*Inc.*, No. 2:08-cv-02260-SMH-dvk   )
_____)


**REGIONS' REPLY MEMORANDUM
IN FURTHER SUPPORT OF ITS MOTION TO DISMISS**

Peter S. Fruin
**MAYNARD, COOPER AND GALE, P.C.**
1901 6th Avenue North, Suite 1900
Birmingham, Alabama 35203
Telephone:  (205) 254-1000
Facsimile:  (205) 254-19992

David B. Tulchin
David E. Swarts
Margaret E. Bartlett
**SULLIVAN & CROMWELL, LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588

*Attorneys for Regions Financial Corp.*

Regions Financial Corporation ("Regions") respectfully submits this reply memorandum of law in further support of its motion to dismiss this purported derivative action.

Plaintiffs, shareholders in three investment funds (the "Funds") offered by Morgan Keegan Select Fund, Inc. ("MK Select"), propose to bring this action derivatively on behalf of MK Select and the Funds. As demonstrated in the reply memorandum filed by Morgan Keegan & Company, Inc., Morgan Asset Management, Inc. and MK Holding, Inc. ("MK Defendants"), incorporated herein by reference, the Complaint should be dismissed on two independent grounds: (1) Plaintiffs have represented that they have made demand on the new directors of Helios Select Fund, Inc. (formerly known as MK Select Fund, Inc.) regarding the claims in this lawsuit; and (2) Plaintiffs concede that they did not make demand on the directors in place at the time this suit was filed and, under Maryland law (which applies here), it is clear that demand was not excused.

*First*, because Plaintiffs represent that they have now made demand on the current board of directors of the fund regarding the claims at issue in this case (Pls.' Opp. at 5-6), Plaintiffs are no longer entitled to pursue these same claims on behalf of the nominal defendant. Once demand is made, the decision whether to litigate the claims "rests solely on the business judgment of [those] directors." *Kamen* v. *Kemper Financial Servs., Inc.*, 500 U.S. 90, 103 (1991).

*Second*, Plaintiffs concede that they failed to make demand on the board of directors in place at the time this suit was filed. (Pls.' Opp. 6-7.) As discussed more fully in MK Defendants' reply, the conclusory allegations in the Complaint fail to meet the stringent standard to excuse demand laid down by Maryland's highest court in *Werbowsky* v. *Collomb*, 766 A.2d 123 (Md. 2001). This is also fatal to Plaintiffs' claims.

Accordingly, for all the reasons set forth herein and in the memoranda of the MK Defendants, the Complaint should be dismissed with prejudice.

Dated: September 18, 2009

Respectfully Submitted,

 /s/ Peter S. Fruin
Peter S. Fruin
**MAYNARD, COOPER AND GALE, P.C.**
1901 6th Avenue North, Suite 1900
Birmingham, Alabama 35203
Telephone:  (205) 254-1000
Facsimile:  (205) 254-19992
Email: pfruin@maynardcooper.com

David B. Tulchin
David E. Swarts
Margaret E. Bartlett
**SULLIVAN & CROMWELL, LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588
Email:  tulchind@sullcrom.com

*Attorneys for Regions Financial Corp*.

## Certificate of Service

I hereby certify that I electronically filed the above and foregoing Motion using the CM/ECF system this the 18th day of September, 2009, and that the CM/ECF system will provide electronic notice of such filing to all parties as follows:

Asa R. Danes     asadanes@paulhastings.com

Carolyn Glass Anderson     cga@zimmreed.com

Charles D. Reaves     creaves44@comcast.net

David B. Tulchin     tulchind@sullcrom.com

David E. Swarts     swartsd@sullcrom.com

Emily Nicklin     enicklin@kirkland.com

Eugene J. Podesta , Jr     gpodesta@bakerdonelson.com

Gregg M. Fishbein     gmfishbein@locklaw.com

Jeffrey B. Maletta     jeffrey.maletta@klgates.com

Jerome A. Broadhurst     jbroadhurst@appersoncrump.com

Kevin C. Logue     kevinlogue@paulhastings.com

Kristopher S. Ritter     ritterk@kirkland.com

Leo Maurice Bearman , Jr     lbearman@bakerdonelson.com

Matthew M. Curley     mcurley@bassberry.com

Michael A. Brady     mbrady@bassberry.com

Michael L. Dagley     mdagley@bassberry.com

Nicole A. Baker     nicole.baker@klgates.com

Shepherd D. Tate     state@bassberry.com

Steven Lawrence Polk     larry.polk@sutherland.com

Thomas V. Seifert     tseifert@hsvwlaw.com

Timothy A. Duffy     tduffy@kirkland.com

Timothy J. Becker     tjb@zimmreed.com

Vernon J. Vander Weide     vvanderweide@hsvwlaw.com

W. Brantley Phillips     bphillips@bassberry.com


      /s/  Peter S. Fruin_____
**OF COUNSEL**