**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | |
|---|---|
| **IN RE: REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE, AND ERISA LITIGATION** | ) |
| **H. AUSTIN LANDERS, et al.,** | ) |
| **Plaintiffs,** | ) **Case Nos. MDL 2009** **08-2260** |
| **v.** | ) |
| **MORGAN ASSET MANAGEMENT, INC., MORGAN KEEGAN & COMPANY, INC., MK HOLDING, INC., REGIONS FINANCIAL CORPORATION, REGIONS BANK, et al.,** | ) |
| **Defendants.** | ) |

---

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY**

---

Before the Court is Defendants' unopposed December 4, 2009, Motion for Leave to File a Reply in Further Support of the Motion to Strike. For good cause shown, the Defendants' Motion is GRANTED. In accordance with the parties' agreement, the Court also GRANTS permission to the Plaintiffs to file a brief sur-reply. Because Defendants' motion is ripe for decision, Plaintiffs are to file any sur-reply as soon as practical but no later than 5 PM Central Time, Wednesday, December 9, 2009.

So ordered this 7th day of December, 2009.

s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE