**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

| | | |
|---|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*Landers* v. *Morgan Asset Management, Inc.*, No. 2:08-cv-02260-SMH-dvk | ) | MDL Docket No. 2009 |

**MOTION TO DISMISS OF**
**REGIONS FINANCIAL CORPORATION**

Regions Financial Corporation ("Regions") respectfully submits this motion to dismiss this purported derivative action. Dismissal of this action is proper because plaintiffs have failed to make demand on the corporation at issue prior to filing suit and have failed to allege any facts that would show that demand on the corporation at the time plaintiffs commenced this action would have been futile.

Regions respectfully requests that this action be dismissed. A memorandum of law is submitted in support of this motion.

Dated: December 15, 2009

Respectfully Submitted,

/s/ Peter S. Fruin

Peter S. Fruin
**MAYNARD, COOPER AND GALE, P.C.**
1901 6th Avenue North, Suite 1900
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
Email: pfruin@maynardcooper.com

David B. Tulchin
David E. Swarts
Margaret E. Bartlett
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: tulchind@sullcrom.com

*Attorneys for Regions Financial Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed this the 15th day of December 2009, using the CM/ECF system which will automatically serve a copy of this pleading on all parties of record.

/s/ Peter S. Fruin ____________________
Of Counsel