**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | MDL Docket No. 2009 |
| | Judge Samuel H. Mays, Jr.<br>Magistrate Judge Diane K. Vescovo |
| This Document Relates to: | |
| *Landers v. Morgan Asset Management, Inc.*, No. 2:08-cv-02260-SMH-dvk | |

**PRICEWATERHOUSECOOPERS LLP'S MOTION TO DISMISS**
**COUNTS VII, X, XI, AND XIII OF PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant PricewaterhouseCoopers LLP ("PwC") hereby moves to dismiss plaintiffs' first amended derivative complaint for failure to state a claim upon which relief can be granted. The grounds for PwC's motion are set forth in the Memorandum in Support of PricewaterhouseCoopers LLP's Motion to Dismiss Counts VII, X, XI, and XIII of Plaintiffs' First Amended Complaint, filed contemporaneously herewith.

Dated: December 15, 2009

Respectfully submitted,

s/ Timothy A. Duffy, P.C.

Emily Nicklin, P.C.
Timothy A. Duffy, P.C.
Kristopher Ritter
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Leo M. Bearman, Jr. (#8363)
Eugene J. Podesta, Jr. (#9831)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
165 Madison Avenue, 19th Floor
Memphis, Tennessee 38103
(901) 526-2000 (ph)
(901) 577-2303 (fx)
lbearman@bakerdonelson.com
gpodesta@bakerdonelson.com

*Counsel for Defendant*
*PricewaterhouseCoopers LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- **Carolyn Glass Anderson**
  cga@zimmreed.com, kmc@zimmreed.com
- **Nicole A. Baker**
  nicole.baker@klgates.com
- **Timothy J. Becker**
  tjb@zimmreed.com
- **Michael A. Brady**
  mbrady@bassberry.com
- **Jerome A. Broadhurst**
  jbroadhurst@appersoncrump.com
- **Matthew M. Curley**
  mcurley@bassberry.com
- **Michael L. Dagley**
  mdagley@bassberry.com
- **Asa R. Danes**
  asadanes@paulhastings.com
- **Gregg M. Fishbein**
  gmfishbein@locklaw.com
- **Peter S. Fruin**
  pfruin@maynardcooper.com
- **Kevin C. Logue**
  kevinlogue@paulhastings.com
- **Jeffrey B. Maletta**
  jeffrey.maletta@klgates.com
- **W. Brantley Phillips**
  bphillips@bassberry.com
- **Steven Lawrence Polk**
  larry.polk@sablaw.com

- **Charles D. Reaves**
  creaves44@comcast.net
- **Thomas V. Seifert**
  tseifert@hsvwlaw.com
- **David E. Swarts**
  swartsd@sullcrom.com
- **Shepherd D. Tate**
  state@bassberry.com
- **David B. Tulchin**
  tulchind@sullcrom.com
- **Vernon J. Vander Weide**
  vvanderweide@hsvwlaw.com

and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

**Richard A. Lockridge**
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave., South
Ste. 2200
Minneapolis, MN 55401

**Dewun R. Settle**
CHANCERY COURT CLERK AND MASTER
140 Adams Avenue
Ste. 308
Memphis, TN 38103

s/ Timothy A. Duffy, P.C.
Timothy A. Duffy, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
tim.duffy@kirkland.com