IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*Landers v. Morgan Asset Management, Inc.*, No. 2:08-cv-02260-SMH-dvk | ) | MDL Docket No. 2009 |

**NOMINAL DEFENDANTS' MOTION TO DISMISS THE VERIFIED SHAREHOLDERS' FIRST AMENDED DERIVATIVE COMPLAINT**

Nominal Defendants, Helios Select Fund, Inc. (formerly Morgan Keegan Select Fund, Inc.), Helios Select Short Term Bond Fund (formerly Regions Morgan Keegan Select Short Term Bond Fund), Helios Select Intermediate Bond Fund (formerly Regions Morgan Keegan Select Intermediate Bond Fund) and Helios Select High Income Fund (formerly Regions Morgan Keegan Select High Income Fund) (collectively, the "Funds"), by their undersigned counsel, respectfully move the Court for an Order dismissing without prejudice plaintiffs' Verified Shareholders' First Amended Derivative Complaint or in the alternative staying this action pending the investigation by the Nominal Defendants' board of directors. A memorandum of law and the Declaration of Kevin C. Logue are submitted in support of this motion.

DATED this 15th day of December, 2009.

Respectfully submitted,

/s/Kevin C. Logue
Kevin C. Logue
Asa R. Danes
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
Tel: (212) 318-6000
Fax: (212) 319-4090
kevinlogue@paulhastings.com
asadanes@paulhastings.com

*Attorneys for Nominal Defendants Helios Select Fund, Inc., Helios Select Short Term Bond Fund, Helios Select Intermediate Bond Fund and Helios Select High Income Fund (formerly Morgan Keegan Select Fund, Inc., Regions Morgan Keegan Select Short Term Bond Fund, Regions Morgan Keegan Select Intermediate Bond Fund and Regions Morgan Keegan Select High Income Fund, respectively)*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2009, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

**APPERSON, CRUMP & MAXWELL, PLC**
CHARLES D. REAVES, ESQ.
JEROME A. BROADHURST, ESQ.
6000 Poplar Avenue, Suite 400
Memphis, TN 38119-3972

**KIRKLAND & ELLIS, LLP**
TIMOTHY A. DUFFY, ESQ.
EMILY NICKLIN, ESQ.
KRISTOPHER S. RITTER, ESQ.
300 North LaSalle Street
Chicago, IL 60654

**HEAD, SEIFERT & VANDER WEIDE, P.A.**
VERNON J. VANDER WEIDE, ESQ.
THOMAS V. SEIFERT, ESQ.
333 South Seventh St., Suite 1140
Minneapolis, MN 55402-2422

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
LEO MAURICE BEARMAN, JR., ESQ.
EUGENE PODESTA, ESQ.
165 Madison Avenue, Suite 2000
First Tennessee Building
Memphis, TN 38103

**LOCKRIDGE GRINDAL NAUEN PLLP**
RICHARD A. LOCKRIDGE, ESQ.
GREGG M. FISHBEIN, ESQ.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

**BASS BERRY & SIMS PLC**
MICHAEL L. DAGLEY, ESQ.
MATTHEW M. CURLEY, ESQ.
W. BRANTLEY PHILLIPS, JR., ESQ.
315 Deaderick Street, Suite 2700
Nashville, TN 37238

**ZIMMERMAN REED, P.L.L.P.**
CAROLYN G. ANDERSON, ESQ.
TIMOTHY J. BECKER, ESQ.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

**BASS BERRY & SIMS PLC**
SHEPHERD D. TATE, ESQ.
MICHAEL A. BRADY, ESQ.
100 Peabody Place, Suite 900
Memphis, TN 38103

**MAYNARD COOPER & GALE PC**
PETER S. FRUIN, ESQ.
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

**SULLIVAN & CROMWELL LLP**
DAVID B. TULCHIN, ESQ.
DAVID E. SWARTS, ESQ.
125 Broad Street
New York, NY 10004

**SUTHERLAND ASBILL & BRENNAN LLP**
STEVEN LAWRENCE POLK, ESQ.
999 Peachtree Street N.E., Suite 2300
Atlanta, GA 30309

**K&L GATES LLP**
JEFFREY B. MALETTA, ESQ.
NICOLE A. BAKER, ESQ.
1601 K Street, NW
Washington, DC 20006

/s/Kevin C. Logue
Kevin C. Logue