UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES LITIGATION, DERIVATIVE and ERISA LITIGATION | ) | MDL Docket No. 2009 |
| This Document Relates to: | ) | |
| *Landers v. Morgan Asset Management, Inc., No. 2:08-cv-02260-SMH-dkv* | ) | |

**ORDER GRANTING DERIVATIVE PLAINTIFFS' MOTION FOR LEAVE TO FILE A CONSOLIDATED RESPONSE TO AFFILIATED DEFENDANTS' MOTIONS TO DISMISS**

Before the court is derivative plaintiffs' February 9, 2010, motion for leave to file a consolidated response to affiliated defendants' motions to dismiss (docket entry 75). For good cause shown, the motion is GRANTED. Derivative Plaintiffs may file a consolidated response (the "Consolidated Response") to the five (5) separate motions to dismiss (the "Affiliated Defendants' Motions to Dismiss") filed in this matter by defendants (the "Affiliated Defendants") Regions Financial Corporation (Docket No. 57); Jack R. Blair, James Stillman R. McFadden, W. Randall Pittman, Mary S. Stone, Archie W. Willis III, and Albert C. Johnson (Docket No. 58); Morgan Keegan & Company, Inc., Morgan Asset Management, Inc., and MK Holding, Inc. (Docket Nos. 60[motion] & 69[memorandum in support]); "Nominal Defendants," the Helios Select Short Term Bond Fund (formerly known as the Regions Morgan Keegan Select Short Term Bond Fund), Helios Select Intermediate Bond Fund (formerly known as the Regions Morgan Keegan Select Intermediate Bond Fund), Helios Select High Income Fund (formerly known as the Regions Morgan Keegan Select High Income Fund) and the Helios Select

Fund, Inc. (formerly known as the Morgan Keegan Select Fund, Inc.) (Docket No. 64); and Allen B. Morgan, Jr., J. Kenneth Alderman, Joseph C. Weller, J. Thompson Weller, Charles D. Maxwell, James C. Kelsoe, Jr., David H. Tannehill, David M. George, Michelle F. Wood, and Brian Sullivan (Docket No. 65); and derivative Plaintiffs' consolidated response to the affiliated defendants' motions to dismiss shall not exceed, eighty (80) pages in length.

It is so ORDERED this the 11th day of February, 2010.

*s/Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE