IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*Landers* v. *Morgan Asset Management, Inc.*, No. 2:08-cv-02260-SMH-dvk | 2:09-md-2009-SHM |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO**
**<u>PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLIES</u>**

Defendants respectfully submit this memorandum in opposition to Plaintiffs' unusual request for leave to submit two separate surreplies in opposition to Defendants' motions to dismiss Plaintiffs' First Amended Derivative Complaint.

Plaintiffs assert that they should be permitted to file two surreplies because of the March 10 decision in *Ryan* v. *Morgan Asset Mgmt., Inc.*, 2010 WL 890950 (W.D. Tenn. March 10, 2010), where this Court rejected many of the same excuses advanced here by Plaintiffs for failure to make a demand prior to filing a derivative action. Plaintiffs do not identify any particular aspect of the Court's *Ryan* opinion that would justify the need for additional briefing or explain why Plaintiffs need to add to the already excessive 95 pages of briefs they have filed in opposition to Defendants' motions. Rather, Plaintiffs simply seek to have the "last word" on issues that have been more than adequately briefed.

It is settled law that "federal courts rarely grant leave to file a surreply" unless the party seeking leave can "identify any new issues, theories, or arguments which . . . Defendants raised for the first time in their reply brief . . . ." *Aslani* v. *Sparrow Health Sys.*, 2009 WL 3711602,

*22-23 (W.D. Mich. Nov. 3, 2009). *See also Hickey* v. *Chadick*, 649 F. Supp. 2d 770, 779 (S.D. Ohio 2009) ("Consideration of plaintiffs' sur-reply is not warranted as defendants' reply memorandum did not raise any new issues which had not been previously raised . . . ."). Nothing of the sort has occurred here, and the Court's opinion in *Ryan* adopts well-accepted principles of Maryland law. Simply stated, there is no basis for an additional fifty pages of briefing on top of Plaintiffs' 393-page First Amended Derivative Complaint and 95 pages of previously-filed opposition memoranda.

Finally, surreplies are inappropriate for the purpose of supplementing briefing on pending motions when they are used "for arguments which the parties did not think to make in their pleadings." *Gen. Elec. Co.* v. *Latin Am. Imports, S.A.*, 187 F. Supp. 2d 749, 752 n.1 (W.D. Ky. 2001). *See also Fuertes* v. *Ford Motor Co.*, 2009 WL 395452, *1 n.1 (W.D. Ky. Feb. 17, 2009) (denying motion to file surreply where "Plaintiff did not tender his proposed sur-reply with the motion for leave to file the same; nor did plaintiff identify any additional issues raised by defendant in its reply that merit further addressing."); *Borger* v. *CSX Transp., Inc.*, 2008 WL 1886170, *7 (S.D. Ohio April 25, 2009) (noting that "Plaintiffs have not specified which arguments or evidence [defendant] failed to raise in its principal motions").

For the reasons set forth herein, Defendants respectfully request that the Court deny Plaintiffs' request to file surreplies. If the Court grants Plaintiffs' motion, Defendants respectfully request that Plaintiffs be limited to a single, three-page memorandum that is confined to addressing the Court's *Ryan* opinion.

DATED this 22nd day of April 2010.

Respectfully submitted,

BASS, BERRY & SIMS PLC

By: /s/ Matthew M. Curley
Michael L. Dagley
Matthew M. Curley
Britt K. Latham
W. Brantley Phillips, Jr.
150 Third Avenue South; Suite 2800
Nashville, TN 37201
(615)742-6200
mdagley@bassberry.com
bphillips@bassberry.com
mcurley@bassberry.com

*Attorneys for Morgan Asset Management, Inc., Morgan Keegan & Company, Inc., and MK Holding, Inc.*

SUTHERLAND, ASBILL & BRENNAN, LLP

By: /s/ S. Lawrence Polk
S. Lawrence Polk
999 Peachtree Street N.E.
Atlanta, GA 30309-3996
larry.polk@sablaw.com

*Attorney for Allen B. Morgan, Jr., J. Kenneth Alderman, Brian B. Sullivan, Joseph C. Weller, J. Thompson Weller, Charles D. Maxwell, Michele F. Wood, James C. Kelsoe, Jr., and David H. Tannehill*

K&L GATES LLP

By: /s/ Jeffrey B. Maletta
Jeffrey B. Maletta
Nicole A. Baker
1601 K Street NW
Washington, DC 20006
Jeffrey.Maletta@klgates.com
Nicole.Baker@klgates.com

*Attorneys for Jack R. Blair, Albert C. Johnson, James Stillman R. McFadden, W. Randall Pittman, Mary S. Stone, and Archie W. Willis III*

SULLIVAN & CROMWELL LLP

By: /s/ David B. Tulchin
David B. Tulchin
David E. Swarts
Margaret E. Bartlett
125 Broad Street
New York, NY 10004
tulchind@sullcrom.com
swartsd@sullcrom.com
bartlettm@sullcrom.com

*Attorneys for Regions Financial Corporation*

KIRKLAND & ELLIS, LLP

By: /s/ Timothy Duffy
Timothy Duffy
Emily Nicklin
Kristopher Ritter
300 North LaSalle
Chicago, IL 60654
tduffy@kirkland.com
enicklin@kirkland.com
ritterk@kirkland.com

*Attorneys for PricewaterhouseCoopers LLC*

PAUL HASTINGS JANOFSKY &
WALKER LLP

By: /s/ Kevin C. Logue
Kevin C. Logue
Asa R. Danes
75 E. 55th Street
New York, NY 10022
(212) 318-6000
kevinlogue@paulhastings.com
asadanes@paulhastings.com

*Attorneys for Nominal Defendants*
*Helios Select Fund, Inc.,*
*Helios Select Short Term Bond Fund,*
*Helios Intermediate Bond Fund,*
*Helios Select High Income Fund*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2010, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

**APPERSON CRUMP, PLC**
CHARLES D. REAVES
JEROME A. BROADHURST
6070 Poplar Avenue, 6th Floor
Memphis, TN 38119-3954

**KIRKLAND & ELLIS, LLP**
TIMOTHY DUFFY, ESQ.
EMILY NICKLIN, ESQ.
KRISTOPHER RITTER, ESQ.
300 North LaSalle
Chicago, IL 60654

**HEAD, SEIFERT & VANDER WEIDE, P.A.**
VERNON J. VANDER WEIDE
THOMAS V. SEIFERT
333 South Seventh St., Suite 1140
Minneapolis, MN 55402-2422

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
LEO BEARMAN, ESQ.
EUGENE PODESTA, ESQ.
165 Madison Avenue
First Tennessee Building
Memphis, TN 38103

**LOCKRIDGE GRINDAL NAUEN PLLP**
RICHARD A. LOCKRIDGE
GREGG M. FISHBEIN
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

**K&L GATES LLP**
JEFFREY B. MALETTA, ESQ.
NICOLE A. BAKER, ESQ.
1601 K Street, NW
Washington, D.C. 20006-1600

**ZIMMERMAN REED, P.L.L.P.**
CAROLYN G. ANDERSON
TIMOTHY J. BECKER
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

**SUTHERLAND ASBILL & BRENNAN, LLP**
S. LAWRENCE POLK
999 Peachtree Street NE
Atlanta, GA 30309

**MAYNARD COOPER & GALE PC**
PETER S. FRUIN
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

**SULLIVAN & CROMWELL LLP**
DAVID B. TULCHIN
DAVID E. SWARTS
125 Broad Street
New York, New York 1004

**PAUL HASTINGS JANOFSKY & WALKER LLP**
Kevin C. Logue
Asa R. Danes
75 E. 55th Street
New York, NY 10022

/s/ Matthew M. Curley