**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **IN RE: REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE, AND ERISA LITIGATION** | |
| **H. AUSTIN LANDERS, et al.,** | |
| **Plaintiffs,** | **Case Nos. MDL 2009**<br>**08-2260** |
| **v.** | |
| **MORGAN ASSET MANAGEMENT, INC., MORGAN KEEGAN & COMPANY, INC., MK HOLDING, INC., REGIONS FINANCIAL CORPORATION, REGIONS BANK, et al.,** | |
| **Defendants.** | |

**ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY**

Before the Court is Plaintiffs' April 20, 2010, Motion for Leave to File a Sur-Reply. (See Dkt. No. 84.) Defendants filed a response in opposition on April 22, 2010. (See Dkt. No. 85.) Plaintiffs ask permission to file two sur-replies to address arguments raised by Defendants in their replies and the Court's recent decision in a related case, Ryan v. Morgan Asset Mgmt., Inc. (In re Regions Morgan Keegan Sec., Derivative, and ERISA Litig.), No. 08-2162, 2010 U.S. Dist. LEXIS 22334 (W.D. Tenn. Mar. 10, 2010). In Ryan, the Court dismissed the suit against

Defendants because the plaintiff failed to make demand on the board. Id. at *2. The Court issued its decision in Ryan after Plaintiffs already had filed their initial response in opposition. (See Dkt. Nos. 77-78.)

The Court agrees that Plaintiffs should have an opportunity to respond to the Ryan decision. However, the Court also agrees with the Defendants' suggestion that any sur-reply be limited in light of the voluminous pleadings already before the Court on the pending Motions to Dismiss. Therefore, the Court GRANTS IN PART Plaintiffs' Motion for Leave to File a Sur-Reply. Plaintiffs have fifteen days from the date of this Order to file a single brief of not more than fifteen pages, addressing the Ryan decision and the Reply of Defendant Pricewaterhousecoopers.

So ordered this 3rd day of May, 2010.

s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE