IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESEE
MEMPHIS DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*Landers v. Morgan Asset Management, Inc.*,<br>No. 2:08-cv-02260-SHM-dkv | MDL Docket No. 2009 |

## MOTION FOR WITHDRAWAL

Pursuant to Local Civil Rule 83.1(h), and upon the accompanying declaration of Asa R. Danes dated June 24, 2010, nominal defendants Helios Select Fund, Inc. (formerly Morgan Keegan Select Fund, Inc.), Helios Select Short Term Bond Fund (formerly Regions Morgan Keegan Select Short Term Bond Fund), Helios Select Intermediate Bond Fund (formerly Regions Morgan Keegan Select Intermediate Bond Fund) and Helios Select High Income Fund (formerly Regions Morgan Keegan Select High Income Fund) (collectively, the "Nominal Defendants") respectfully move this Court for the entry of an order permitting the withdrawal of Asa R. Danes as counsel of record in this action, because he is no longer associated with the law firm of Paul, Hastings, Janofsky & Walker LLP. The Nominal Defendants continue to be represented in this action by Kevin C. Logue of Paul, Hastings, Janofsky & Walker LLP.

WHEREFORE, the undersigned respectfully requests that the Court enter an order permitting the withdrawal of Asa R. Danes as counsel of record in this action. A proposed order will be transmitted to the Court via e-mail in accordance with the requirements of Local Civil Rule 7.2(a)(1)(A).

Dated this 24th day of June, 2010.

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:/s/Kevin C. Logue
Kevin C. Logue
75 East 55th Street
New York, NY 10022
Tel: (212) 318-6000
Fax: (212) 319-4090
E-mail: kevinlogue@paulhastings.com
*Attorneys for Defendants*
*Helios Select Fund, Inc. (formerly Morgan Keegan Select Fund, Inc.), Helios Select Short Term Bond Fund (formerly Regions Morgan Keegan Select Short Term Bond Fund), Helios Select Intermediate Bond Fund (formerly Regions Morgan Keegan Select Intermediate Bond Fund) and Helios Select High Income Fund (formerly Regions Morgan Keegan Select High Income Fund)*