IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESEE
MEMPHIS DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*In re Morgan Keegan Open-End Mutual Fund Litigation*, No. 2:07-cv-02784-SHM-dkv<br><br>*In re Morgan Keegan Close-End Fund Litigation*, No. 2:07-cv-02830- SHM-dkv<br><br>*Landers v. Morgan Asset Management, Inc.*, No. 2:08-cv-02260- SHM-dkv | MDL Docket No. 2009 |

**ORDER GRANTING MOTION FOR WITHDRAWAL**

Before the court is the June 24, 2010 motion by defendants Helios Select Fund, Inc. (formerly Morgan Keegan Select Fund, Inc.), Helios Select Short Term Bond Fund (formerly Regions Morgan Keegan Select Short Term Bond Fund), Helios Select Intermediate Bond Fund (formerly Regions Morgan Keegan Select Intermediate Bond Fund) and Helios Select High Income Fund (formerly Regions Morgan Keegan Select High Income Fund) (collectively, the "Fund Defendants") to permit Asa R. Danes to withdraw as counsel in the above-captioned action. For good cause shown, the motion is GRANTED and Asa R. Danes is permitted to withdraw as counsel for the Fund Defendants. Attorney Kevin C. Logue will continue to represent the Fund Defendants.

It is so ORDERED this 25th day of June, 2010

*s/Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE