## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

|  |  |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION This Document Relates to: *Landers v. Morgan Asset Management , Inc.* No. 2:08-cv-02260-SHM-dkv | MDL Docket No. 2009 Judge Samuel H. Mays, Jr. Magistrate Judge Diane K. Vescovo |

### PLAINTIFF DIANA W. CRUMP'S MOTION FOR SUBSTITUTION OF PARTY

**HEAD, SEIFERT & VANDER WEIDE, P.A.**
Vernon J. Vander Weide
Thomas V. Seifert
333 South Seventh Street, Suite 1140
Minneapolis, MN 55402-2422
Telephone: 612-339-1601
Fax: 612-339-3372
vvanderweide@hsvwlaw.com

**ZIMMERMAN REED, P.L.L.P.**
Carolyn G. Anderson
Timothy J. Becker
Kirsten D. Hedberg
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone:  612-341-0400
Fax: 612-341-0844
cga@zimmreed.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Richard A. Lockridge
Gregg M. Fishbein
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Tel:  (612) 339-6900
Fax:  (612) 339-0981
gmfishbein@locklaw.com

**APPERSON CRUMP PLC**
Jerome A. Broadhurst, TN BPR 12529
Charles D. Reaves, TN BPR 22550
6070 Poplar Avenue, Sixth Floor
Memphis, TN 38119-3954
(901) 260-5133 direct
(901) 435-5133 fax
jbroadhurst@appersoncrump.com

*Attorneys for Derivative Plaintiffs*

Comes now Plaintiff, Diana W. Crump, Executrix of the Estate of Charles M. Crump, who filed her Statement Noting Party's Death with the Court on November 9, 2010 (ECF No. 95), and pursuant to Rule 25 of the Federal Rules of Civil Procedure moves the Court to substitute the Estate of Charles M. Crump as a Plaintiff in this action in Charles M. Crump's stead.  In support of this motion, Diana W. Crump submits herewith her Memorandum in support hereof, to which are attached copies of the Letters Testamentary and Order Appointing Diana W. Crump Executrix of the Estate of Charles M. Crump; together with a Certificate of Consultation with Counsel.  In addition, a (Proposed) Order is being sent to the Court in accordance with LR 7.2(a)(1)(A) of the Court's Local Rules.

WHEREFORE, Plaintiff Diana W. Crump, Executrix of the Estate of Charles M. Crump, hereby moves the Court to substitute the Estate of Charles M. Crump as a plaintiff in this action in place of Charles M. Crump, deceased.

DATED:  November 11, 2010          Respectfully submitted,

**APPERSON CRUMP PLC**

*s/ Jerome A. Broadhurst*
Jerome A. Broadhurst, TN BPR 12529
Charles D. Reaves, TN BPR 22550
6070 Poplar Avenue, Sixth Floor
Memphis, TN 38119-3954
Tel : 901-260-5133
Fax : 901-435-5133
jbroadhurst@appersoncrump.com

*Liaison Counsel for Lead Plaintiffs*

**HEAD, SEIFERT & VANDER WEIDE, P.A.**
Vernon J. Vander Weide
Thomas V. Seifert
333 South Seventh Street, Suite 1140
Minneapolis, MN 55402-2422
Tel: 612-339-1601
Fax: 612-339-3372
vvanderweide@hsvwlaw.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Richard A. Lockridge
Gregg M. Fishbein
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401
Tel:  (612) 339-6900
Fax:  (612) 339-0981
gmfishbein@locklaw.com

**ZIMMERMAN REED P.L.L.P.**
Carolyn G. Anderson
Timothy J. Becker
Kirsten D. Hedberg
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Tel: 612-341-0400
Fax: 612-341-0844
cga@zimmreed.com

*Attorneys for Derivative Plaintiffs*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that this 11th day of November, 2010, a true and correct copy of the foregoing is being served by electronic means via e-mail transmission (including the Court's ECF System) to the following:

  Shepherd D. Tate, Esq.
  Michael A. Brady, Esq.
  **Bass, Berry, & Sims, PLC**
  100 Peabody Place, Suite 900
  Memphis, TN 38103-3672

  Matthew M. Curley, Esq.
  Michael L. Dagley, Esq.
  W. Brantley Phillips, Jr.
  **Bass, Berry, & Sims, PLC**
  100 Peabody Place, Suite 900
  Memphis, TN 38103-3672

  David B. Tulchin
  D. Andrew Pietro
  David E. Swarts
  **Sullivan & Cromwell, LLP**
  125 Broad Street
  New York, NY 10004

  Peter J. Anderson, Esq.
  S. Lawrence Polk, Esq.
  **Sutherland Asbill & Brennan LLP**
  999 Peachtree Street, NE
  Atlanta, GA 30309-3996

  Jeffrey Maletta, Esq.
  Nicole A. Baker
  **K & L Gates**
  1601 K Street NW
  Washington, DC 20006

  Emily Nicklin, Esq.
  Timothy A. Duffy
  Kristopher S. Ritter
  **Kirkland & Ellis**
  200 East Randolph Dr., Ste. 5400
  Chicago, IL 60601-6636

Leo Maurice Bearman, Jr.
Eugene J. Podesta, Jr.
**Baker Donelson Bearman Caldwell & Berkowitz**
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Peter S. Fruin
**Maynard Cooper & Gale PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203

Kevin C. Logue
**Paul, Hastings, Janofsky & Walker LLP**
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022

R. Hal Meeks, Jr.
Robin A. Besnaw
**Pursley Lowery Meeks LLP**
260 Peachtree Street, NW
Suite 2000
Atlanta, GA 30303

s/Jerome A. Broadhurst
Jerome A. Broadhurst
