UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION,

No. 2:09-md-2009-SHM

This Document Relates to:

*In re Regions Morgan Keegan Open-End Mutual Fund Litigation, No. 2:07-cv-02784*

*-and-*

***Landers v. Morgan Asset Management, Inc., No. 2-08-cv-02260- SHM-dvk***

---

ORDER GRANTING MOTION TO EXCEED PAGE LIMITATION

---

Before the court is defendants' April 18, 2011, motion to exceed the page limit (docket entry 109). For good cause shown, the motion is GRANTED. Defendants may exceed the page limitation.

It is so ORDERED this 25th day of April, 2011.

*s/Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE