Kevin C. Logue
Paul Hastings LLP
75 East 55th Street
New York, NY  10022
(212) 318-6000
*Counsel for Defendants Helios Select Fund, Inc.*
*(formerly Morgan Keegan Select Fund, Inc.),*
*Helios Select Short Term Bond Fund*
*(formerly Regions Morgan Keegan Select Short Term Bond Fund),*
*Helios Select Intermediate Bond Fund*
*(formerly Regions Morgan Keegan Select Intermediate Bond Fund)*
*and Helios Select High Income Fund*
*(formerly Regions Morgan Keegan Select High Income Fund)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*In re Regions Morgan Keegan Open-End Mutual Fund Litigation*,<br>No. 2:07-cv-02784-SHM-dkv<br><br>and<br><br>*Landers v. Morgan Asset Management, Inc.*,<br>No. 2:08-cv-02260-SHM-dkv | No. 2:09-md-02009-SHM<br><br>Judge Samuel H. Mays, Jr.<br><br>Magistrate Judge Diane K. Vescovo<br><br>**NOTICE OF**<br>**CHANGE OF FIRM NAME** |

PLEASE TAKE NOTICE that the firm of Paul, Hastings, Janofsky & Walker LLP, counsel for Fund Defendants Helios Select Fund, Inc. (formerly Morgan Keegan Select Fund, Inc.), Helios Select Short Term Bond Fund (formerly Regions Morgan Keegan Select Short Term Bond Fund), Helios Select Intermediate Bond Fund (formerly Regions Morgan Keegan Select Intermediate Bond Fund) and Helios Select High Income Fund (formerly Regions Morgan Keegan Select High Income Fund) (collectively, the "Funds"), is now known as Paul Hastings

LLP.

      Paul Hastings LLP is the successor in interest to Paul, Hastings, Janofsky & Walker LLP.


Dated:  August 12, 2011                              PAUL HASTINGS LLP
       New York, NY

                                                      /s/ Kevin C. Logue
                                                   Kevin C. Logue
                                    Paul Hastings LLP
                                    75 East 55th Street
                                    New York, NY  10022-3205
                                    Telephone:  (212)  318-6000
                                    Facsimile:  (212)  319-4090

                                    *Counsel for Defendants*
                                    *Helios Select Fund, Inc. (formerly*
                                    *Morgan Keegan Select Fund, Inc.),*
                                    *Helios Select Short Term Bond Fund*
                                    *(formerly Regions Morgan Keegan*
                                    *Select Short Term Bond Fund),*
                                    *Helios Select Intermediate Bond*
                                    *Fund (formerly Regions Morgan*
                                    *Keegan Select Intermediate Bond*
                                    *Fund) and Helios Select High*
                                    *Income Fund (formerly Regions*
                                    *Morgan Keegan Select High Income*
                                    *Fund)*

TO:

| | |
|---|---|
| **APPERSON CRUMP, PLC** <br> CHARLES D. REAVES, ESQ. <br> JEROME A. BROADHURST, ESQ. <br> 6070 Poplar Avenue, 6th Floor <br> Memphis, TN 38119-3954 | **ZIMMERMAN REED, P.L.L.P.** <br> CAROLYN G. ANDERSON, ESQ. <br> TIMOTHY J. BECKER, ESQ. <br> 651 Nicollet Mall, Suite 501 <br> Minneapolis, MN 55402 |
| **KIRKLAND & ELLIS, LLP** <br> TIMOTHY DUFFY, ESQ. <br> EMILY NICKLIN, ESQ. <br> KRISTOPHER RITTER, ESQ. <br> 300 North LaSalle <br> Chicago, IL 60654 | **SUTHERLAND ASBILL & BRENNAN, LLP** <br> S. LAWRENCE POLK, ESQ. <br> 999 Peachtree Street NE <br> Atlanta, GA 30309 |
| **HEAD, SEIFERT & VANDER WEIDE,** | **MAYNARD COOPER & GALE PC** <br> PETER S. FRUIN, ESQ. |

| | |
|---|---|
| **P.A.**<br>VERNON J. VANDER WEIDE, ESQ.<br>THOMAS V. SEIFERT, ESQ.<br>333 South Seventh St., Suite 1140<br>Minneapolis, MN 55402-2422<br><br>**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**<br>LEO BEARMAN, ESQ.<br>EUGENE PODESTA, ESQ.<br>165 Madison Avenue<br>First Tennessee Building<br>Memphis, TN 38103<br><br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br>RICHARD A. LOCKRIDGE, ESQ.<br>GREGG M. FISHBEIN, ESQ.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br><br>**K&L GATES LLP**<br>JEFFREY B. MALETTA, ESQ.<br>NICOLE A. BAKER, ESQ.<br>1601 K Street, NW<br>Washington, D.C. 20006-1600 | 2400 Regions Harbert Plaza<br>1901 Sixth Avenue North<br>Birmingham, AL 35203<br><br>**SULLIVAN & CROMWELL LLP**<br>DAVID B. TULCHIN, ESQ.<br>DAVID E. SWARTS, ESQ.<br>125 Broad Street<br>New York, New York 1004<br><br>**BASS BERRY & SIMS PLC**<br>MICHAEL L. DAGLEY, ESQ.<br>MATTHEW M. CURLEY, ESQ.<br>BRITT K. LATHAM, ESQ.<br>W. BRANTLEY PHILLIPS, JR., ESQ.<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br><br>**BASS BERRY & SIMS PLC**<br>SHEPHERD D. TATE, ESQ.<br>MICHAEL A. BRADY, ESQ.<br>100 Peabody Place, Suite 900<br>Memphis, TN 38103-3672 |