# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*In re Regions Morgan Keegan Open-End Mutual Fund Litigation*,<br>No. 2:07-cv-02784-SHM-dkv<br><br>and<br><br>*Landers* v. *Morgan Asset Management, Inc.*,<br>No. 2:08-cv-02260-SHM-dkv | No. 2:09-md-02009-SHM<br><br>Judge Samuel H. Mays, Jr.<br><br>Magistrate Judge Diane K. Vescovo |

## NOTICE OF CHANGE OF AFFILIATION OF COUNSEL FOR PLAINTIFFS

Please take notice that **Vernon J. Vander Weide**, formerly a member of Head, Seifert & Vander Weide, P.A. and Co-Lead Counsel for Lead Plaintiffs in Case No. 2:07-cv-02784-SHM-dkv and one of the counsel of record for the Derivative Plaintiffs in Case No. 2:08-cv-02260-SHM-dkv, **has joined the law firm of Lockridge Grindal Nauen P.L.L.P.**, whose attorneys Richard A. Lockridge and Gregg M. Fishbein are Co-Lead Counsel with Mr. Vander Weide in Case No. 2:07-cv-02784-SHM-dkv and are also counsel of record for the Derivative Plaintiffs in Case No. 2:08-cv-02260-SHM-dkv; that Mr. Vander Weide's former firm, Head, Seifert & Vander Weide, P.A. is dissolving; and that Mr. Vander Weide, who was the responsible attorney at Head, Seifert & Vander Weide representing the Plaintiffs in these cases will continue to represent plaintiffs in these matters as an attorney with Lockridge Grindal Nauen P.L.L.P.

Please direct all communications in these cases with, and the service of all pleadings in these cases on, **Vernon J. Vander Weide**, counsel for Plaintiffs, at:

>  **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
> 100 Washington Avenue South
> Suite 2200
> Minneapolis, MN  55401
> Tel:  (612) 339-6900
> Fax:  (612) 339-0981
> vjvanderweide@locklaw.com

DATED:  October 7, 2011            Respectfully submitted,

**APPERSON CRUMP PLC**

*s/ Jerome A. Broadhurst*
Jerome A. Broadhurst, TN BPR 12529
Charles D. Reaves, TN BPR 22550
6070 Poplar Avenue, Sixth Floor
Memphis, TN 38119-3954
Tel : 901-260-5133
Fax : 901-435-5133
jbroadhurst@appersoncrump.com

*Liaison Counsel for Class Action Lead Plaintiffs and Counsel for Derivative Plaintiffs*

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Vernon J. Vander Weide
Richard A. Lockridge
Gregg M. Fishbein
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401
Tel:  (612) 339-6900
Fax:  (612) 339-0981
vjvanderweide@locklaw.com

        ralockridge@locklaw.com
        gmfishbein@locklaw.com

*Lead Counsel for Class Action Lead Plaintiffs*
*And Counsel for Derivative Plaintiffs*

**ZIMMERMAN REED, P.L.L.P.**
Carolyn G. Anderson
Patricia A. Bloodgood
Kirsten D. Hedberg
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-341-0400
Fax: 612-341-0844
cga@zimmreed.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this 7th day of October, 2011, a true and correct copy of the foregoing was served by electronic means via e-mail transmission (including the Court's ECF System) on the following:

    Shepherd D. Tate, Esq.
    Michael A. Brady, Esq.
    **Bass, Berry, & Sims, PLC**
    100 Peabody Place, Suite 900
    Memphis, TN 38103-3672

    Matthew M. Curley, Esq.
    Michael L. Dagley, Esq.
    Britt K. Latham
    W. Brantley Phillips, Jr.
    **Bass, Berry, & Sims, PLC**
    150 Third Avenue South, Ste. 2800
    Nashville, TN 37201

David B. Tulchin
David E. Swarts
**Sullivan & Cromwell, LLP**
125 Broad Street
New York, NY 10004

S. Lawrence Polk, Esq.
**Sutherland Asbill & Brennan LLP**
999 Peachtree Street, NE
Atlanta, GA 30309-3996

Jeffrey Maletta, Esq.
Nicole A. Baker
**K & L Gates**
1601 K Street NW
Washington, DC 20006

Emily Nicklin, Esq.
Timothy A. Duffy
Kristopher Ritter
**Kirkland & Ellis**
300 North LaSalle Street
Chicago, IL 60654

Leo Maurice Bearman, Jr.
Eugene J. Podesta, Jr.
**Baker Donelson Bearman Caldwell & Berkowitz**
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Peter S. Fruin
Scott S. Brown, Esq.
**Maynard Cooper & Gale PC**
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

R. Hal Meeks, Jr.
**Pursley Lowery Meeks LLP**
260 Peachtree Street, NW
Suite 2000
Atlanta, GA 30303

John McQuiston, II
**Evans Petree, PC**
1000 Ridgeway Loop Rd., Ste. 200
Memphis, TN 38120

Lee E. Bains
Luther M. Dorr, Jr.
Maibeth J. Porter
**Maynard Cooper & Gale, PC**
AmSouth/Harbert Plaza
1901 6th Avenue North, Ste. 2400
Birmingham, AL 35203

Kevin C. Logue
**PAUL, HASTINGS LLP**
75 East 55th Street
New York, NY 10022

                                                s/Jerome A. Broadhurst
                                                Jerome A. Broadhurst