**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | ) | 2:09-md-2009-SHM |
| This Document Relates to: | ) | |
| *In re Regions Morgan Keegan Open-End Mutual Fund Litigation No. 2:07-cv-02784-SHM-dkv* | ) | Case No.: 07-2784 Ma V<br>Case No.: 08-2260 Ma V |
| *Landers v. Morgan Asset Management, Inc. No. 2:08-cv-02260-SHM-dkv* | ) | |

## ORDER GRANTING MOTION TO AMEND JOINT MOTION FOR SETTLEMENT

Before the Court is a joint motion filed by the Lead Plaintiffs in In re Regions Morgan Keegan Open-End Mutual Fund Litigation, No. 07-2784 (the "Open-End Fund Litigation"), and the Derivative Plaintiffs and the Nominal Defendants (the "Funds") in Landers v. Morgan Asset Management, Inc., No. 08-2260 (the "Derivative Litigation"), on June 24, 2011. (See ECF No. 337 in case No. 07-2784).

Lead Plaintiffs, Derivative Plaintiffs, and Nominal Defendants (collectively, "Movants") request the court to amend their previous motion seeking preliminary approval of partial

settlement in accordance with the terms and conditions of a memorandum of understanding, approval of notice to settlement class members, and final approval of the memorandum of understanding. (See ECF No. 309 in case No.07-2784, ECF No. 103 in case No. 08-2260.) For good cause shown, Movants' Motion is GRANTED.

So ordered this 28th day of March, 2012.

/s/Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE