**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| In re REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | ) ) ) ) | 2:09-md-2009-SHM |
| This Document Relates to: | ) ) | |
| *In re Regions Morgan Keegan Open-End Mutual Fund Litigation No. 2:07-cv-02784-SHM-dkv* | ) ) ) ) | Case No.: 07-2784 Ma V<br>Case No.: 08-2260 Ma V |
| *Landers v. Morgan Asset Management, Inc. No. 2:08-cv-02260-SHM-dkv* | ) ) | |

**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE SUR-SUR-REPLIES**

Before the Court is a joint motion filed by the Lead Plaintiffs in In re Regions Morgan Keegan Open-End Mutual Fund Litigation, No. 07-2784 (the "Open-End Fund Litigation"), and the Derivative Plaintiffs and the Nominal Defendants (the "Funds") in Landers v. Morgan Asset Management, Inc., No. 08-2260 (the "Derivative Litigation"), on August 12, 2011. (See ECF No. 361 in Case No. 07-2784, ECF No. 138 in Case No. 08-2260.) ("Mot.")

Lead Plaintiffs, Derivative Plaintiffs, and Nominal Defendants (collectively, "Movants") seek leave to respond to

arguments that purportedly were raised by Defendants for the first time in sur-replies. (See Mot. 2-4.) Defendants have responded in opposition, arguing that the arguments in their sur-replies were in response to Movants' amendments to the proposed partial settlement in this action, which came after Defendants' initial objections. (See ECF No. 362 in Case No. 07-2784, ECF No. 139 in Case No. 08-2260.)

Although Defendants assert that Movants were aware of the arguments Defendants set forth in their sur-replies, Defendants raise arguments that are new, at least in part, because they reference the proposed amendments to the memorandum of understanding. There is new information that may be of importance to the court. For good cause shown, Movants' Motion for Leave is GRANTED. Movants may file their sur-sur-replies.

So ordered this 26th day of March, 2012.

/s/Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE