```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

```
In re REGIONS MORGAN KEEGAN      )    2:09-md-2009-SHM
SECURITIES, DERIVATIVE and       )
ERISA LITIGATION                 )
                                 )
This Document Relates to:        )
                                 )
In re Regions Morgan Keegan      )
ERISA Litig.,                    )
No. 2:08-cv-02192-SHM-dkv        )
                                 )
Landers v. Morgan Asset          )
Management, Inc.,                )
No. 2:08-cv-02260-SHM-dkv        )
                                 )
Ballinger v. Morgan Keegan &     )
Co., Inc.                        )
No. 2:10-cv-02509-SHM-dkv        )
```

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Before the court is the October 21, 2011 motion, filed by Defendants Regions Bank, Regions Financial Corporation, Ken Alderman, Sherry Anthony, Candice Bagby, George W. Bryan, John Buchanan, John Daniel, Sharon Davis, Earnest W. Deavenport, Jr., Alan Deer, Harry Dinken, David B. Edmonds, Irene Esteves, James S.M. French, Christopher Glaub, O.B. Grayson Hall, Jr., Martha Ingram, Ronnie Jackson, Bryan Jordan, Tim Laney, Susan Martinez, Susan W. Matlock, W. Charles Mayer, III, Tusa McNary, Claude Nielsen, C. Dowd Ritter, David Rupp, Jill Shelton, E.W. "Rusty"

Stephenson, Lea Stokes, Lee K. Styslinger, III, Tom Thompson, David Turner, Barbara H. Watson, William C. Wells, II, and Alton Yother (hereinafter the "Regions Defendants"), to permit the withdrawal of Jeffrey A. Lee as counsel of record in the above-referenced actions.

For good cause shown, the motion is GRANTED and Jeffrey A. Lee is hereby permitted to withdraw as counsel of record for the Regions Defendants.  William B. Wahlheim, Richard J. Davis, John David Collins, and Grace Robinson Murphy of the law firm Maynard, Cooper & Gale, P.C., as well as Thomas F. Fitzgerald, Thomas S. Gigot, and Sarah A. Zumwalt of the law firm Groom Law Group, Chartered, will represent the Regions Defendants in the above-referenced actions.

So ordered this 4th day of April, 2012.

/s/Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

2