IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| In re REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | ) ) ) ) | 2:09-md-2009-SHM |
| This Document Relates to: | ) ) | |
| *In re Regions Morgan Keegan Open-End Mutual Fund Litig.*, No. 2:07-cv-02784-SHM-dkv | ) ) ) ) | |
| *Landers v. Morgan Asset Management, Inc.*, No. 2:08-cv-02260-SHM-dkv | ) ) ) | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Before the court is the December 15, 2011 motion, filed by Plaintiffs, to permit the withdrawal of Timothy J. Becker and Kirsten D. Hedberg of Zimmerman Reed, as well as Thomas V. Seifert of the former Head Seifert & Vander Weide, PC, as counsel of record for Plaintiffs in the above-referenced actions.

For good cause shown, the motion is GRANTED and Timothy J. Becker and Kirsten D. Hedberg of Zimmerman Reed, as well as Thomas V. Seifert of the former Head Seifert & Vander Weide, PC, are permitted to withdraw as counsel of record for Plaintiffs. Richard A. Lockridge, Gregg M. Fishbein, and Vernon J. Vander

Weide of the law firm Lockridge Grindal Nauen, PLLP, Lead Counsel for Lead Plaintiffs; Jerome A. Broadhurst and Charles D. Reaves of the law firm Apperson Crump PLC, Liaison Counsel for Plaintiffs; and Carolyn G. Anderson and Patricia A. Bloodgood of the law firm Zimmerman Reed, PLLP will represent the Plaintiffs in the above-referenced actions.

    So ordered this 4th day of April, 2012.

                                       /s/Samuel H. Mays, Jr.
                                       SAMUEL H. MAYS, JR.
                                       UNITED STATES DISTRICT JUDGE