IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE & ERISA LITIGATION, | Case No. 2:09-md-2009-SHM |
| This Document Relates to: | |
| *Landers v. Morgan Asset Management* Case No. 2:08-cv-2260-SHM-dkv | |

## NOTICE OF SUBSTITUTION OF COUNSEL

COME NOW Peter S. Fruin and Scott S. Brown and give notice of their substitution as counsel of record for defendants MK Holding, Inc., Morgan Asset Management, Inc. (now known as Regions Investment Management, Inc.), J. Kenneth Alderman, and Brian Sullivan. The law firm of Bass Berry & Sims will continue to represent Morgan Keegan & Co., Inc., Allen B. Morgan, Jr., Charles D. Maxwell, David T. Tannehill, J. Thompson Weller, James C. Kelsoe, Jr., Joseph C. Weller, and Michele F. Wood.

Respectfully submitted,

/s/ *Peter S. Fruin*
Peter S. Fruin
Scott S. Brown

Attorneys for Defendants
Morgan Asset Management, Inc., Ken
Alderman, and Brian Sullivan

OF COUNSEL:
MAYNARD COOPER & GALE PC
Suite 2400 Regions Harbert Plaza
1901 Sixth Avenue, North
Birmingham, Alabama  35203
Telephone:  (205)  254-1000
Telecopier:  (205)  254-1999

02370327.2

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2012, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

| | |
|---|---|
| Carolyn Glass Anderson; Timothy J. Becker<br>Patricia Bloodgood; Kirsten D. Hedberg<br>ZIMMERMAN REED, PLLP<br>1100 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | Jerome A. Broadhurst<br>Charles Durham Reaves<br>APPERSON CRUMP, PLC<br>6070 Poplar Ave., Sixth Floor<br>Memphis, TN 38119 |
| Richard A. Lockridge; Greg M. Fishbein<br>Vernon J. Vander Weide<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue S., Suite 2200<br>Minneapolis, MN 55401 | Thomas V. Seifert<br>HEAD SEIFERT & VANDER WEIDE, P.C.<br>333 South Seventh Street, Sutie 1400<br>Minneapolis, MN 55402 |
| Nichole A. Baker<br>Jeffrey B. Maletta<br>K& L GATES LLP<br>1601 K. Street NW<br>Washington, DC 20006 | Leo Maurice Bearman, Jr.<br>Eugene J. Podesta, Jr.<br>BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ<br>165 Madison Ave., Suite 2000<br>Memphis, TN 38103 |
| Matthew M. Curley; Michael L. Dagley<br>Michael A. Brady; W. Brantley Phillips, Jr.<br>BASS BERRY & SIMS, PLC<br>100 Peabody Place, Suite 900<br>Memphis, TN 38103 | Asa R. Danes<br>SEEGER WEISS LLP<br>77 Water Street, 26th Floor<br>New York, NY 10005 |
| Timothy A. Duffy; Devon M. Largio<br>Emily Nicklin; Kristopher S. Ritter<br>KIRKLAND & ELLIS, LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Kevin C. Logue<br>PAUL HASTINGS JANOFSKY & WALKER, LLP<br>75 East 55th Street<br>New York, NY 10022 |
| Steven Lawrence Polk<br>SUTHERLAND ASBILL & BRENNAN, LLP<br>999 Peachtree Street, N.E., Suite 2300<br>Atlanta, GA 30309 | Davud E. Swarts<br>David B. Tulchin<br>SULLIVAN & CROMWELL, LLP<br>125 Broad Street<br>New York, NY 10004 |

/s/ *Peter S. Fruin*
OF COUNSEL

02370327.2