IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | 09-md-2009-Ma |

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the Court is the March 21, 2013 motion for admission *pro hac vice* of Howard B. Prossnitz. Mr. Prossnitz is a member in good standing of the bar of the state of Illinois and is admitted to practice before the U.S. District Court for the Northern District of Illinois. Mr. Prossnitz has obtained and is familiar with the local rules and professional guidelines of this Court. For good cause shown, the motion is granted and Howard B. Prossnitz is admitted to participate in this action as counsel for objectors Jerome and Gloria Christenson, Jerome Christenson as IRA Beneficiary.

It is SO ORDERED this 22nd day of March, 2013.

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE