**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION

This Document Relates to: 09-md-2009-Ma

*Landers, et al. v. Morgan Asset Management, Inc., et al.*

No. 2:08-cv-2260-SHM

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Final Approval Order, docketed August 2, 2016. This Court shall retain jurisdiction for purposes of effecting the settlement, including all matters relating to the administration, consummation, enforcement, and interpretation of the settlement.

**APPROVED:**

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*August 2, 2016*
DATE

THOMAS M. GOULD
CLERK

*s/ Zandra Frazier*
(By) DEPUTY CLERK